U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TERRENCE J. HANCOCK, et al.

v.

MARY'S TRUCKING, INC., an Illinois corporation

Case Number: KC

F I L E D
NOV 0 8 2007
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRENCE J. HANCOCK, et al., Plaintiffs herein

07CV6344
JUDGE CASTILLO
MAGISTRATE JUDGE MASON

| NAME (Type or print) |
|---|
| Jennifer L. Dunitz-Geiringer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| |

| FIRM |
|---|
| Baum Sigman Auerbach & Neuman, Ltd. |

| STREET ADDRESS |
|---|
| 200 W. Adams Street, Suite 2200 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6237001 | 312/236-4316 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |