## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6344 | **DATE** | 11/13/2007 |
| **CASE TITLE** | Terrence J. Hancock, et al. Vs. Mary's Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed complaint, the Court orders that defendant Mary's Trucking, Inc. submit to an audit by Plaintiffs for the time period January 1, 2003 to the present to determine its full liability in this case. Plaintiffs should immediately proceed with service of the complaint and this order and fully exhaust all settlement possibilities for this case. Defendant will be given a full opportunity to contest liability or damages after the audit is completed. Defendant should timely answer or otherwise plead to the complaint. This case is hereby administratively dismissed without prejudice. The court will retain jurisdiction to enforce this order and enter any appropriate final judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|