# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, *et al.*

Docket Number: _____

Assi **07CV6344**

Des **JUDGE CASTILLO**

Ma **MAGISTRATE JUDGE MASON**

**V.**

MARY`S TRUCKING, INC., an Illinois
corporation

TO:    Mary's Trucking, Inc.
       c/o David Wright, Registered Agent/President
       1426 W. 111th Street
       Chicago, IL   60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Jennifer L. Dunitz-Geiringer
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after
service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Michael W. Dobbins, Clerk                 **NOV 0 8 2007**
                                          Date

_____
(by) Deputy Clerk

State of Illinois

General No.: 07CV6344

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 12/7/2007 at 11:30:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT ; ORDER with Mary's Trucking, Inc. c/o David Wright as shown below:

Served the wihin named Mary's Trucking, Inc. c/o David Wright by delivering a true and correct copy of the SUMMONS and COMPLAINT ; ORDER, to David Wright  a person authorized to accept service of process as agent.

Said service was effected at 1426 W. 111th St., Chicago, IL  60643

Description of Person Served Sex:    Height:    Weight:    Race:    Age:
                                      M         5'8        185       B       50ish
Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

12-10-07
_____
Dated

Leroy Karczewski
117-000192